IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY C. FENN, JR. #238558, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-515-MEF |
| | ) | |
| MIKE HUGHES, *et al.*, | ) | (WO- Do Not Publish) |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On December 7, 2007, the Magistrate Judge filed a Recommendation (Doc. # 32) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 32) is ADOPTED.

2. This case is DISMISSED without prejudice for lack of prosecution.

DONE this the 27th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE